**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                                 **Case No.  07-95-0**

**BRENDA POSS SCARLETT**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

     **BRENDA POSS SCARLETT**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

     An Initial Appearance on the Rule 40 Indictment from ND/MS @ Oxford was held on August 27, 2007.

     After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **BRENDA POSS SCARLETT** is the person named in the warrant for arrest, a copy of which has been produced.

     It is, therefore,

     **ORDERED** that **BRENDA POSS SCARLETT** be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

     **DONE** and **ORDERED** in Chambers in Tennessee this __10th _ day of September, 2007.

                               _____s/Diane K. Vescovo_____
                                  DIANE K. VESCOVO
                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office